[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-12083
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 1, 2010
JOHN LEY
CLERK

D.C. Docket No. 4:09-cr-00062-SPM-WCS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NATOSHA SHERRON MCDADE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(December 1, 2010)

Before BARKETT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Natosha Sherron McDade in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McDade's conviction and sentence are **AFFIRMED**.